UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

   Plaintiff,

v.

GLEN HOYT,

   Defendants.                                                No. 14-cv-358-DRH

JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on July 30, 2014, this case is **DISMISSED** with prejudice.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
Deputy Clerk

Dated:   October 22, 2014

Digitally signed by
David R. Herndon
Date: 2014.10.22
16:17:35 -05'00'

APPROVED:
   U.S. DISTRICT JUDGE
   U. S. DISTRICT COURT